IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gary, Lakisha Timese

Printed: 10/22/08

Case Number: 05 B 23265
Judge: Goldgar, A. Benjamin
Filed: 6/10/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 14, 2008
Confirmed: July 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,411.97 |  |
| Secured: |  | 1,781.36 |
| Unsecured: |  | 7,452.61 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 666.03 |
| Other Funds: |  | 811.97 |
| Totals: | 13,411.97 | 13,411.97 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Hardcastle Auto Sales | Secured | 1,781.36 | 1,781.36 |
| 3. | Illinois Student Assistance Commission | Unsecured | 3,362.82 | 5,395.97 |
| 4. | AmeriCash Loans, LLC | Unsecured | 98.76 | 158.46 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 337.50 | 541.59 |
| 6. | Commonwealth Edison | Unsecured | 146.76 | 235.45 |
| 7. | AmeriCash Loans, LLC | Unsecured | 148.72 | 238.62 |
| 8. | Peoples Energy Corp | Unsecured | 317.49 | 0.00 |
| 9. | Asherah Barnett | Unsecured | 550.00 | 882.52 |
| 10. | Car Town | Unsecured |  | No Claim Filed |
| 11. | Avon Products | Unsecured |  | No Claim Filed |
| 12. | Mile Square Health Center | Unsecured |  | No Claim Filed |
| 13. | DeVry Institute of Technology | Unsecured |  | No Claim Filed |
| 14. | Rush Medical Center | Unsecured |  | No Claim Filed |
| 15. | Yale Insurance Agency | Unsecured |  | No Claim Filed |
| 16. | A All Financial | Unsecured |  | No Claim Filed |
| 17. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
|  |  |  | $ 9,443.41 | $ 11,933.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Gary, Lakisha Timese

Printed: 10/22/08

Case Number:  05 B 23265
Judge:  Goldgar, A. Benjamin
Filed:  6/10/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 19.39 |
| 5.5% | 178.64 |
| 5% | 41.77 |
| 4.8% | 113.71 |
| 5.4% | 226.53 |
| 6.5% | 85.99 |
|  | $ 666.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

